In the Matter of the Application of NELSON O. ROBINSON and MABEL M. ROBINSON to Review the Action of the BOARD OF SUPERVISORS OF THE COUNTY OF DELAWARE, STATE OF NEW YORK, and to Compel Said Board of Supervisors to Acquire Certain Land for Highway Purposes. NELSON O. ROBINSON and MABEL M. ROBINSON, Petitioners, Appellants; BOARD OF SUPERVISORS OF THE COUNTY OF DELAWARE, Respondent.— This is a proceeding under article 78 of the Civil Practice Act to compel the board of supervisors of Delaware county to acquire title to certain lands and easements pursuant to section 31 of the Highway Law, or, in the alternative, to compel the board to institute condemnation proceedings for the purpose of acquiring such property. Petitioners alleged that their property has been taken for the improvement of a State highway and that they have received no compensation therefor. Defendants have not answered the petition. The Special Term denied petitioners' application. There are questions of fact involved which should be tried in the manner formerly provided for the trial of such issues under an order of alternative mandamus. The order appealed from is reversed on the law and facts, with fifty dollars costs and disbursements, and the matter is remitted for trial in accordance with this memoran-

dum. The board of supervisors is given permission to serve an answer within twenty days after service upon its counsel of a copy of the order to be entered hereon. All concur.